JOHN W. HUBER, United States Attorney (#7226)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111-2176
T: (801) 524-5682 | F: (801) 524-3399 | Email: adam.elggren@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>134 West 3100 South, Bountiful, Utah 84010, more fully described as: Parcel No.: 01-478-002; Lot 2, BOUNTIFUL OLD ORCHARD SUBDIVISION,<br><br>Defendant *in Rem*. | Case No. 1:17-cv-108 RJS<br><br>LIS PENDENS<br><br>**Real Property located at:**<br>**134 West 3100 South,**<br>**Bountiful, Utah 84010** |

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of Utah for the seizure, arrest, and forfeiture of the Defendant real property, together with all buildings appurtenances, and improvements, with the United States as plaintiff.

The Verified Complaint for Forfeiture *In Rem* was duly filed with the Clerk of the United States District Court for the District of Utah, Central Division on June 27, 2017. Such documents are marked as Civil Action No. 1:17-cv-108 RJS.

The Defendant real property, together with all buildings appurtenances, and improvements, which is the subject of this action is described as follows:

- 134 West 3100 South, Bountiful, Utah 84010, more fully described as: Parcel No.: 01-478-002; Lot 2, BOUNTIFUL OLD ORCHARD SUBDIVISION

The persons whose estates or interests are intended to be affected are: Daniel Scott Frischknecht, and any other potential claimants to the Defendant real property.

For further information concerning this proceeding for forfeiture, reference may be had to the records of the Clerk of the United States District Court for the District of Utah, Central Division, 351 South West Temple, Room 1.100, Salt Lake City, Utah 84101.

Dated this 27th day of June, 2017.

JOHN W. HUBER
United States Attorney

_____
ADAM ELGGREN
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME this 27th day of June, 2017.



_____
Notary Public

ALLISON TURNER
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 10/05/2020
Commission # 691550