JOHN W. HUBER, United States Attorney (#7226)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111-2176
T: (801) 524-5682 | F: (801) 524-3399 | Email: adam.elggren@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>134 West 3100 South, Bountiful, Utah 84010, more fully described as: Parcel No.: 01-478-002; Lot 2, BOUNTIFUL OLD ORCHARD SUBDIVISION,<br><br>Defendant *in Rem*. | NOTICE OF DISMISSAL<br><br><br><br>Case No. 1:17cv108RJS<br><br>Judge Robert J. Shelby |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the United States of America hereby gives notice of the voluntary dismissal without prejudice of the Verified Complaint for Forfeiture *In Rem* in this matter.

DATED this 10th day of August, 2017.

                                        JOHN W. HUBER
                                        United States Attorney


                                        */s/ Adam S. Elggren*
                                        ADAM S. ELGGREN
                                        Assistant United States Attorney